# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-31249
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 26, 2017

Lyle W. Cayce
Clerk

BETHANY L. DUBROC; ROGER DUBROC,

Plaintiffs - Appellants

v.

WAL-MART LOUISIANA, L.L.C.,

Defendant - Appellee

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:15-CV-2698

Before HIGGINBOTHAM, PRADO, and HAYNES, Circuit Judges.

PER CURIAM:*

The plaintiff suffered a slip-and-fall in a Wal-Mart store during a rainstorm. In her resulting lawsuit, the district court granted summary judgment for Wal-Mart because she could not show any evidence that Wal-Mart either created or had actual or constructive knowledge of the condition that caused her injury, as is required under Louisiana negligence law. We

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-31249

affirm for essentially the reasons stated by the district court in its November 29, 2016 Memorandum Ruling.

**AFFIRMED.**